### *United States District Court for the Northern District of Illinois*

Case Number:  08CV681                    Assigned/Issued By:  J. N.

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00     ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee      ☐ Other _____

☐ $455.00

Number of Service Copies _____       Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                        ☐ Alias Summons

☐ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

6   Original and  6   copies on 2-7-08   as to OFFICE OF THE U.S.
                              (Date)
ATTNY; U.S. ATTNY GENERAL: ROBERT BLACKWOOD; ROBERT S. MUELLER;

MICHAEL CHERTOFF; EMILIO T. GONZALEZ