UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INNA SMIRNOVA,  )<br>　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　)<br>　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>MICHAEL CHERTOFF, et al., )<br>　　　　　　　　　　　　　)<br>　　　　Defendants.　　　　) | No. 08 C 681<br><br>Judge Darrah |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Pierre C. Talbert
　　PIERRE C. TALBERT
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-4088
　　Pierre.Talbert@usdoj.gov